IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

and

EDUARDO AMARO,                                        Civ. No. 95-1200 RLP\DJS

    Plaintiff-in-Intervention,

v.

WAL-MART STORES, INC.,

    Defendant.

## JUDGMENT

**THIS MATTER** came before the Court on Plaintiff-in-Intervention's Motion to Award Attorney's Fees. Pursuant to the Memorandum Opinion and Order, which accompanies this Judgment, Plaintiff-in-Intervention is awarded $41,063.72 in attorney fees.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is dismissed with prejudice in its entirety.

                                                      Richard L. Puglisi
                                        United States Magistrate Judge
                                          (Sitting by designation)