IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

and

EDUARDO AMARO,                                  Civ. No. 95-1200 RLP\DJS

    Plaintiff-in-Intervention,

v.

WAL-MART STORES, INC.,

    Defendant.

## ORDER SETTLING COSTS

**THIS MATTER** comes before the court on Plaintiff Equal Employment Opportunity Commission's Motion to Tax Costs. The EEOC seeks recovery of $2,294.68, payable to the U.S. Treasurer, for deposition transcription costs and the cost of copying the EEOC's exhibits that were admitted into evidence. Defendant Wal-Mart argues that none of these costs should be recovered.

Pursuant to D.N.M.LR-Civ. 54.2(b), transcription costs for depositions reasonably necessary to the litigation may be recovered. Local Rule 54.2(e) allows recovery of copying costs. Having reviewed the submissions of the EEOC, I find that Dr. Foote's deposition, at a cost of $955.62, was not reasonably necessary to the litigation. All other costs are allowed.

**IT IS THEREFORE ORDERED** that the Equal Opportunity Commission's Motion to Tax Costs [Doc. 184] is granted and the EEOC shall recover costs in the total amount of $1,339.06, payable to the U. S. Treasury.

**IT IS SO ORDERED**.

                                                              Richard L. Puglisi
                                             United States Magistrate Judge
                                                 (Sitting by designation)